ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY     # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
KAREN TAUANUU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 9 2006

at ___ o'clock and ___ ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 02-00406 DAE |
| Plaintiff, | MOTION FOR EARLY TERMINATION OF PROBATION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | |
| KAREN TAUANUU, | |
| Defendant. | |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the defendant, KAREN TAUANUU, through counsel, Donna M. Gray, Assistant Federal Defender, and moves this Honorable Court for early termination of her five-year term of probation. Ms. Tauanuu has thus far successfully completed more than three years of her five-year term of probation.

Pursuant to 18 U.S.C. § 3564(c), this Court has the authority to terminate a term of probation previously ordered and discharge the defendant at any time after the expiration of one year of probation.

In deciding whether to grant early termination, the Court considers the factors set forth in § 3553(a), which are essentially as follows:

The nature and circumstances of the offense and the history and characteristics of the defendant;

The need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

To afford adequate deterrence to criminal conduct;

To protect the public from further crimes of the defendant;

To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; and

The need to provide restitution to any victims of the offense.

Ms. Tauanuu was charged and convicted for theft and social security fraud in 2003. She was sentenced to a term of five years probation. This Court suspended the drug testing condition of probation because Ms. Tauanuu is not a

drug user and never has been. She currently resides in Ventura, California with her husband and is under the supervision of the U. S. Probation office in Ventura, California. United States Probation Officer Brandon Schneider is her supervising officer. She has fully complied with the restitution and fines requirement as ordered by this Court. Ms. Tauanuu is now experiencing health problems resulting from a difficult pregnancy and has been placed on pregnancy disability by her physician, Dr. John P. Keats, at the Buenaventura Medical Clinic. Thus, due to the completion of her fine and restitution requirement, and her compliance with all other conditions of her probation, Ms. Tauanuu seeks early termination of her probation.

Therefore, based upon her conduct on probation thus far, as well as the factors set forth in 18 U.S.C. § 3553(a), it is respectfully requested that this Court order that her five-year term of probation be terminated at this point in time.

Dated:  Honolulu, Hawaii, October 18, 2006.

DONNA M. GRAY
Attorney for Defendant
KAREN TAUANUU

3