## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was hand delivered to the following at the last known address:

Office of the United States Attorney
300 Ala Moana Boulevard, Room 6100
PJKK Federal Building
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U. S. Probation Officer
U. S. District Courthouse
300 Ala Moana Boulevard, Room C110
PJKK Federal Building
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, October 19, 2006.

_____
Hermi Hunt