PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com

Attorney for Defendant
KAREN TAUANUU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00406 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION FOR |
| vs. | ) | EARLY TERMINATION OF |
| | ) | SUPERVISED RELEASE |
| KAREN TAUANUU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

On October 19, 2006, Defendant filed a Motion for Early Termination

of Supervised Release.  The Government and the United States Probation Office

having no objections to the motion,

IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED.

IT IS APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, November 6, 2006.



_____
David Alan Ezra
United States District Judge


APPROVED AS TO FORM ONLY:

/s/ Ronald Johnson
Assistant United States Attorney




UNITED STATES v. TAUANUU, Cr. No. 02-00406 DAE;
ORDER GRANTING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE