FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

AUG 1 8 2003

FOR THE DISTRICT OF HAWAII

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA,                    )        CR 02-00406DAE-01
                                             )
                    Plaintiff(s),            )
                                             )
            vs.                              )        U S PASSPORT
                                             )
KAREN TILI TAUANUU,                          )        EXPIRATION : 29/APR/2009
                                             )
                    Defendant(s).            )
                                             )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 2 2006

at 3 o'clock and 54 min. P m
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-

entitled case, Passport Number 701103403 issued at U S EMBASSY, on 30/APR/1999 to the above-

named defendant, was surrendered to the custody of the Clerk of court on August 18, 2003 and the

defendant is not to apply for the issuance of a passport during the pendency of this action. The subject

passport bears the following additional information regarding the bearer:

            Date of Birth:          14/MAY/1976

            Place of Birth:         AMERICAN SAMOA

Dated at Honolulu, Hawaii on August 18, 2003.

                                        WALTER A.Y.H. CHINN, Clerk

                                        By: _____
                                                    Deputy Clerk

This will acknowledge receipt of Passport Number  previously surrendered to the Court
pursuant to a prior Order of Court.

Date: _11/22/06_____          Signature: _Christina Fuller for Karen Tauanuu_

                                        Owner of Passport